```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 17299
   WILLIAM MAULDIN SMITH
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5977

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/21/2007 and was not confirmed.

     The case was dismissed without confirmation 11/05/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
-------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  UNSECURED       NOT FILED         .00          .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED         .00          .00
ASSET ACCEPTANCE LLC      UNSECURED          380.04         .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1682.25         .00          .00
COMMONWEALTH EDISON       UNSECURED          974.22         .00          .00
PRO SE DEBTOR             DEBTOR ATTY          .00                       .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        --------------        --------------
TOTALS                        .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/26/08            _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```